Tracey **CORBEAU**

v.

Steven **MORSE.**

Supreme Judicial Court of Maine.

Argued Sept. 3, 1987.

Decided Oct. 28, 1987.

Charles D. Jamieson, Mark T. Margerum (orally), Potter & Jamieson, Saco, for plaintiff.

Richard D. Hewes (orally), Hewes, Douglas, Whiting & Quinn, Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

CLIFFORD, Justice.

Plaintiff Tracey Corbeau appeals from a judgment of the Superior Court, Cumberland County, dismissing her complaint under M.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief could be granted. The sole issue raised by this appeal is whether Maine should recognize as a cause of action the claim of a minor child for loss of parental consortium as a result of injury to a parent. We affirm the judgment of the Superior Court.

Tracey Corbeau is the mother of Joshua Corbeau, a minor child. In her complaint brought on behalf of her son, plaintiff alleges that Joshua's natural father, Bradley Blake, was seriously injured while a passenger in a motor vehicle negligently operated by the defendant Steven Morse. The complaint further alleges that as a proximate result of defendant's negligence, Joshua has been deprived of the society and companionship of his father. Defendant's motion to dismiss was granted by the Superior Court.

In *Durepo v. Fishman,* 533 A.2d 264, 264 (Me.1987), decided today, we refused to recognize in Maine a minor child's "independent right of action for loss of parental consortium against a third person who negligently causes physical injury to his [parent]."

The issue in this case is identical to that presented in *Durepo,* and we affirm the judgment of the Superior Court for the compelling reasons stated therein.

The entry is:

Judgment affirmed.

McKUSICK, C.J., and ROBERTS, WATHEN and SCOLNIK, JJ., concurring.

NICHOLS, Justice, with whom GLASSMAN, Justice, joins, dissenting.

I respectfully dissent for the same compelling reasons as were set forth in my dissent in *Durepo v. Fishman*, 533 A.2d 264 (Me.1987), decided this day.